**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

-------------------------------------------------------x

**UNITED STATES OF AMERICA**,

                                                                  Civ. #09-2359 (GEB)

       V.

**SUCHITRA MOHAPATRA**,

                                              <u>**ORDER OF DISMISSAL**</u>

--------------------------------X

    **IT APPEARING** that it has been reported to the Court that the above action has been settled;

    **IT IS, THEREFORE**, on this 8th day of June, 2010, **ORDERED** that this action is hereby dismissed, without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated; and

    If any party shall move to set aside this Order of Dismissal as provided in the first decretal paragraph or pursuant to the provisions of <u>Fed.R. Civ.P.</u> 60(b), in deciding such motion the Court retains jurisdiction of the matter to the extent necessary to enforce the terms and conditions of any settlement entered into between the parties.

                                       <u>S/Garrett E. Brown, Jr.</u>
                                        Hon. Garrett E. Brown, Jr.