UNITED STATES DISTRICT COURT

FOR THE   DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Hon. Lois H. Goodman |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Case No.: 09- 02359-GEB-LHG |
| v. | ) | |
| | ) | RECEIVED |
| SUCHITRA MOHAPATRA | ) | |
| | ) | JUN 2 8 2010 |
| Defendant. | ) | AT 8:30_____M |
| | ) | WILLIAM T. WALSH |
| | ) | CLERK |

FINAL JUDGMENT BY CONSENT

Plaintiff, the United States of America, having filed its Complaint herein, and the

defendant SUCHITRA MOHAPATRA, having consented to the making and entry of this

Final Judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over all

parties thereto. The Complaint herein states a claim upon which relief can be granted.

2. The Defendant hereby acknowledges and accepts service of the Complaint filed

herein.

3. The Defendant hereby agrees to the entry of a judgment in the sum of $35,729.56 at 0 percent interest rate per annum from June 4, 2010, through the date of judgment.

4. The Defendant hereby agrees to pay $100.00 per month for twenty-three (23) months. On the twenty-fourth month, a balance of $33,429.56 will become due and payable to Plaintiff. On the 25th day of each month thereafter, the Defendant will tender to the Plaintiff a check payable to the Department of Justice in the amount of $100.00, and will continue to make such payments by the 25th of each month, until the entire amount of the judgment, is paid in full.

5. The Defendant hereby agrees to pay the Law Office of Frank J. Martone, P.C. the amount of $500.00 for reasonable attorney's fees and costs that have been incurred to institute this action, which shall be payable by July 6, 2010. The Defendant shall make said payment payable to the Law Office of Frank J. Martone, P.C.

6. The Defendant will make an initial payment within ten (10) days of the date of said Consent Judgment, payable to the Department of Justice, to be sent to the U.S. Department of Justice, Nationwide Central Intake Facility, P.O. Box 70932, Charlotte, NC 28272-0932, in the amount of $100.00. The first payment is due no later than June 25, 2010.

7. If the Defendant fails to make three (3) consecutive monthly payments under said Consent Judgment, then default will be entered against Defendant. Interest will accrue at the rate of 5 percent per annum on the balance of said loan.

8. This judgment shall be recorded among the records of the Circuit Court in the County of residence of the defendant, and all other jurisdictions where it is determined by the plaintiff that the defendant owns real or personal property.

9. The Defendant shall keep the United States currently informed in writing of any material change in his or her financial situation or ability to pay, and of any change in his or her employment, place of residence or telephone number. Defendant shall provide such information to the Department of Justice, Attention: Debt Collection Management/NCIF, 1620 L. Street NW, Suite 600, Washington, D.C. 20036 and to the Law Office of Frank J. Martone, P.C., Attention: Karen Sarto, 1455 Broad Street, Bloomfield, NJ 07003.

Respectfully Submitted,

_____  _____
SUCHITRA MOHAPATRA         CRYSTAL G. CALABRESE, ESQ.
                           Frank J. Martone, P.C.
                           Attorney for Plaintiff
                           Tel.No.:973-473-3000
                           Fax No.:973-473-3243
                           E-mail: ccalabrese@martonelaw.com


APPROVED THIS 25th DAY OF __JUNE__, 2010

_____, USDJ
U.S. District Court Judge